# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161869(43)(44)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LUCUS WILLIAM COVEY,
      Defendant-Appellant.

_____/

SC: 161869
COA: 353243
Emmet CC: 19-004943-FH

On order of the Chief Justice, the motion of the Emmet County Lakeshore Association et al. to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 25, 2021, is accepted for filing. On further order of the Chief Justice, the motion of plaintiff-appellee to file a sur-reply and a response to the amicus brief filed by the Little Traverse Bay Bands of Odawa Indians is GRANTED. The sur-reply and response will be accepted for filing if submitted on or before April 14, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2021



Clerk